James Ivan ROSENBAUM

v.

**DEPARTMENT OF ENVIRONMENTAL MANAGEMENT State of Rhode Island.**

**No. 80–59–MP.**

Supreme Court of Rhode Island.

Feb. 21, 1980.

Matthew J. Faerber, Newport, for petitioner.

Dennis J. Roberts II, Atty. Gen., Alyssa L. Talanker, Special Asst. Atty. Gen., for respondent.

## ORDER

The petitioner's petition for stay of the operation and effect of the District Court judgment pending consideration of his petition for writ of certiorari is granted.

DORIS, J., did not participate.

**Betty L. SALERNO**

v.

**Richard L. SALERNO.**

**No. 79–164–A.**

Supreme Court of Rhode Island.

Feb. 21, 1980.

John D. Lynch, Warwick, for petitioner.

Leo P. Attilli, Providence, for respondent.

## ORDER

The motions of the parties herein to remand this case to the Family Court for hearing on March 12, 1980 on various motions pending in that court are granted. The record herein shall be returned to this court forthwith upon the conclusion of said hearing.

DORIS, J., did not participate.